■ In the Matter of Amanda L., a Person Alleged to be a Juvenile Delinquent, Appellant. [815 NYS2d 822]—

Appeal from order of disposition, Family Court, Bronx County (Monica Drinane, J.), entered on or about July 25, 2005, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that she had committed acts which, if committed by an adult, would constitute two counts of assault in the third degree and two counts of menacing in the third degree, and placed her on probation for a period of 12 months, held in abeyance, and the matter remanded for a hearing as to whether the identification of appellant by a witness was confirmatory.

A *Rodriguez* hearing (*People v Rodriguez*, 79 NY2d 445 [1992]) is necessary to determine whether the witness in question was sufficiently familiar with appellant so as to exempt her out-of-court identification from the CPL 710.30 (1) (b) notice requirement. Given the procedural circumstances, the parties

did not have a full opportunity to litigate this issue. Concur—Buckley, P.J., Mazzarelli, Saxe, Williams and McGuire, JJ.